IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-CV-747-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ENTRY OF DEFAULT |
| | ) |
| $57,200.00 in U.S. CURRENCY | ) |
| | ) |
| Defendant. | ) |

Upon motion, request, and proper showing by the United States of America, default is hereby entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure against the defendant, $57,200.00 in U.S. Currency, and any potential claimants, none of whom have properly pled or otherwise defended within the time required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

So ordered, this the __8__ day of July, 2025.

PETER A. MOORE, JR., Clerk
U. S. District Court
Eastern District of North Carolina